Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-085-M-01
)
Phillip M. Runkel )

## NOTICE OF APPEAL

Name and address of appellant: Phillip M. Runkel

**FILED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:

Defendant Pro Se

Offense: Demonstrating w/o a permit

Concise statement of judgment or order, giving date, and any sentence:

Guilty: March 2006
Judgement Entered: Time served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06
DATE

Phillip M. Runkel
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☐

**RECEIVED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT